IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DITRIKH LIPATS, an individual, and DANIEL LIPATS, an individual, | ) ) ) ) |
| Plaintiffs, | ) Case No.: 13-CV-407-JED-FHM ) |
| v. | ) ) |
| ALLSTATE INSURANCE COMPANY and ALLSTATE FIRE & CASUALTY INSURANCE CO. Defendant. | ) ) ) ) ) |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED BY AND BETWEEN Plaintiffs Dairikh Lipats and Daniel Lipats, and Defendants Allstate Insurance Company and Allstate Fire & Casualty Insurance Co., the, (collectively "Parties"), by and through their respective attorneys of record, that the above styled cause of action, including all claims and affirmative defenses is hereby and herein dismissed pursuant to the Fed. R. Civ. P. Rules 41(a)(1)(A)(ii).

The Parties, by filing this Joint Stipulation of Dismissal with Prejudice advises the Court that all issues between the Parties to the present litigation have been fully and finally resolved and each Party will bear its own attorneys fees and costs.

/s/Daniel E. Smolen
Daniel E. Smolen, OBA #19943
**SMOLEN, SMOLEN & ROYTMAN, PLLC**
701 S. Cincinnati Avenue
Tulsa, Oklahoma 74119
(918) 585-2667 P
(918) 585-2669 F
*Attorneys for Plaintiff*

/s/John S. Gladd
John S. Gladd, OBA #12307
**ATKINSON, HASKINS, NELLIS,**
**BRITTINGHAM, GLADD & FIASCO**
525 South Main, Suite 1500
Tulsa, OK 74103-4524
Telephone: (918) 582-8877
Facsimile: (918) 585-8096
*Attorneys for Defendants*